# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHELBY ARLES MONTGOMERY JR.**                               **PLAINTIFF**

v.                          No. 4:25-cv-00302-KGB-PSH

**JORDAN ABLES,** *et al.*                                    **DEFENDANTS**

## ORDER

Plaintiff Shelby Arles Montgomery, Jr. filed this lawsuit under 42 U.S.C. § 1983 while incarcerated at the Dallas County Detention Center (Doc. No. 1). He subsequently provided a free-world address on an amended complaint, indicating that he had been released.[1] *See* Doc. No. 3.

Having carefully and liberally[2] construed Montgomery's amended complaint,

---

[1] Montgomery is reminded that he must keep the Court aware of his current address. Local Rule 5.5(c)(2) provides that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

[2] *See Stone v. Harry*, 364 F.3d 912, 915 (8th Cir. 2004) ("When we say that a pro se complaint should be given liberal construction, we mean that if the essence of an

the Court finds that he describes excessive force, failure-to-protect, and deliberate indifference claims against defendants Sergeant Jordan Ables, Sheriff Mike Knoedl, Assistant Jail Administrator Sarah Barnes, Captain Keith Axum, and Captain Kathren Shuler.[3] These claims are identified as claim numbers 1-3 in Montgomery's amended complaint. *See* Doc. No. 3 at 6-8. The Court will recommend dismissal of Montgomery's remaining claims (numbers 4-6) by separate recommendation.

The Clerk of the Court shall prepare summonses for defendants Sergeant Jordan Ables, Sheriff Mike Knoedl, Assistant Jail Administrator Sarah Barnes, Captain Keith Axum, and Captain Kathren Shuler. The United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 3) and a summons on each of them without prepayment of fees and costs or security therefor. Service should be attempted on defendants through the Dallas County Sheriff's office.[4]

---

allegation is discernible, even though it is not pleaded with legal nicety, then the district court should construe the complaint in a way that permits the layperson's claim to be considered within the proper legal framework.").

[3] The Clerk of Court is directed to terminate Assistant Physician Brieann Coston as a defendant in this case because she is not named in Montgomery's amended complaint (Doc. No. 3).

[4] If the defendant is no longer a County employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.

IT IS SO ORDERED this 25th day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE